UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| Abdur Rahaman as personal representative of Sharifa Belgum and Mahamudul Hasan Hridoy<br><br>Plaintiffs,<br><br>v.<br><br>JCPenney Corporation, Inc., The Children's Place, and Wal-Mart Stores, Inc.<br><br>Defendants. | Civil Action No.: 15-cv-619 (KBJ) |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A) Plaintiffs hereby voluntary dismiss this action.

Respectfully submitted,

_____
Barry Coburn
Jonathan W. Greenbaum
Lloyd Liu
COBURN & GREENBAUM, PLLC
Second Floor
1710 Rhode Island Avenue, NW
Washington, DC  20036
Telephone:  (202) 657-4490
Facsimile:  (866) 561-9712
barry@cobungreenbaum.com
jg@coburngreenbaum.com
Lloyd@coburngreenbaum.com